**Exhibit A**
*Termination Letter (January 15, 2026)*

EXHIBIT A
Termination Letter dated January 15, 2026

# NOTICE OF TERMINATION

TO:        RONALD A. (TONY) BLAIR

FROM:      MARC CLEERE, PRESIDENT
           WINSUPPLY NE SAN ANTONIO TX CO.

SUBJECT:   NOTICE OF TERMINATION OF EMPLOYMENT

Tony:

Winsupply NE San Antonio TX Co. is terminating your employment, effective immediately, because you are a vexatious litigator. You have filed at least the following lawsuits against your former employer, its executives, related entities, lawyers for the company, judges and court staff, and more. The cases you filed consist of at least the following:

a. *Ronald A. Harris v. Joel Allen, Esq., et al*, 334th District Court of Harris County, Cause No. 2025-56824
b. *Ronald A. Harris v. Ferguson Enterprises, LLC, et al*, 164th District Court of Harris County Cause No. 2025-24411 (removed to Southern District of Texas No. 4:25-cv-09163)
c. *Ronald A. Blair v. Joe Smith*, 189th District Court of Harris County Cause No. 2025-26275 (removed to Southern District of Texas No. 4:25-cv-01994)
d. *Ronald A. Blair v. Ferguson Enterprises, LLC, et al*, Southern District of Texas Civil Action No. 4:25-cv-01963
e. *Ronald A. Blair v. Joe Smith*, Southern District of Texas Civil Action 4:25-cv-01994 (consolidated into 4:25-cv-09163)
f. *In re Ronald A. Blair*, Fifth Circuit Court of Appeals 25-20281 (writ of mandamus and appeals from No. 4:25-cv-01963 and 4:25-cv-01994)
g. *Ronald A. Blair v. Ferguson Enterprises, Inc., et al*, Northern District of Illinois Civil Action No. 1:25-cv-7898
h. *Ronald A. Blair v. Ferguson Enterprises, Inc., et al*, U.S. District Court for the District of Columbia 1:25-cv-02174
i. *Ronald A. Blair v. Ferguson Enterprises, Inc., et al*, U.S. District Court for the District of Columbia 1:25-cv-02286

Your filings have been numerous and harassing. For example, from June 30 to July 31, 2025, alone, you filed at least 38 motions, notices, or documents with the courts. The motions you filed range from motions to strike, motions to remand, motions to disqualify counsel, motions for class certification, motions to reconsider, emergency motions, notices of alleged ethical

1

violations, sur-replies, a "notice of procedural disparity," and a writ of mandamus. The claims you alleged included state law claims, ADA and ADEA claims, Older Workers Benefit Protection Act claims, WARN Act claims, and claims under 42 U.S.C. §§ 1983, 1985, 1986, and other civil rights statutes. You asked for monetary damages, declaratory relief, and injunctive relief. When these actions failed, you moved for sanctions against opposing counsel or alleged that the court was not allowing you access to file motions. It appears that your many filings were generated using Artificial Intelligence (AI).

The defendants of these cases included at least the following: Ferguson Enterprises, Inc. Ferguson U.S. Holdings, Inc., and Ferguson Enterprises, LLC, Kevin Murphy, President and CEO of Ferguson, members of Ferguson's Legal and Risk Management group, your former supervisor at Ferguson, Joe Smith, McGuireWoods LLP, legal counsel for Ferguson, the attorneys who defended the cases, Joel Allen and Cory Ford, Judge Hoyt, and "court personnel, contractors, or administrative staff who processed or obstructed Plaintiff's CM/ECF access motions and related filings."

In addition to filing lawsuits across the country, you have also engaged in a campaign online through LinkedIn and Substack. You have created posts on LinkedIn targeting Ferguson executives, attorneys for Ferguson, and judges who ruled against you. You asserted, "My settlement posture exceeds $1 million and escalates monthly." You created a "Hall of Obstruction" to publicly name and picture the defendants. You posted similar content to Substack. Ferguson wrote you a cease-and-desist letter that reported you had been contacting its customers and employees.

Your employment is terminated. You are not to return to the Company or any other Winsupply-related company for any reason. You must return all Company property immediately. You are not to contact any Company employees, suppliers, vendors, or customers.

Your last paycheck, including payout of any accrued but unused PTO, will be direct deposited into your bank account within six calendar days.

Marc Cleare, President
Winsupply NE San Antonio TX Co #389

Dated: 1/15/25

2