**Exhibit D**
*January 12, 2026 Escalation Letter*

# EXHIBIT D

Ronald A. (Tony) Blair
1123 Ally Street
New Braunfels, TX 78130
r.anthony.blair@gmail.com (Personal) | rablair@winsupply.com (Work)
717-808-4671

January 12, 2026

TO:    Roger Lewis, Winsupply Area Leader
       rwlewis@winsupplyinc.com

       Rob Ferguson, Winsupply – President, Local Company Group
       rwferguson@winsupplyinc.com

Subject: Confidential – Romar Leadership Conduct and Request for Guidance

Dear Mr. Lewis,

My name is Tony Blair. I agreed to come to work for Romar Supply in an outside sales and market-development role focused on Aquatherm/PP-RCT and other engineered piping solutions, particularly in the data-center and mechanical markets. I have great respect for the Winsupply group and its ownership model, and my strong hope is for a positive outcome that allows me to continue contributing to PP-RCT/data-center and other mechanical piping initiatives within the Winsupply family. I am writing because I do not want my professional reputation – or Romar's and Winsupply's – tied to the pattern of conduct I have experienced and observed from Romar's president, Marc Cleere, and I am asking for your review and guidance on whether there is a path for me to continue with Winsupply under leadership and conditions that protect both the company and my name.

This is not a demand letter or a threat of litigation. I am asking you, as corporate leadership, to be aware of what is happening on the ground and to tell me whether there is a path to continue with Winsupply under conditions that protect both the company and my name.

Below is a concise, factual summary of what I have personally experienced or witnessed. I am prepared to provide dates, emails, and witnesses for each point if you wish.

**1. Sexual comments and vulgar conduct**

- In the Romar office, during a casual conversation about candy, Mr. Cleere made a joke directly at my expense about me putting Lifesaver gummies on my penis and "grabbing one when I get hungry," in front of office staff, including a younger professional female employee. She later told me she found the comment "disgusting."

- In a pre-Christmas discussion in the office about the upcoming holiday party (with the inside team present), Mr. Cleere made comments about Victoria dressing in a skimpy holiday outfit and doing "funny things" – clearly sexualized and not appropriate for a president in front of staff.

- At a lunch with a high-level Brandt employee (and others), Mr. Cleere made graphic, vulgar comments and hand motions mimicking performing oral sex on a gay waiter. The Brandt contact later told me "Marc's behavior at that lunch was embarrassing," and that when there are real technical or substantive questions, they call me, not Marc.

This is not ordinary rough language in the trades; it is sexualized and directed in ways that are plainly unprofessional and, in my view, risky for Winsupply.

**2. Racially charged remarks**

- On multiple occasions, Mr. Cleere has made off-color, racially-tinged comments about, and directly to, a Black driver at the branch. I am not repeating the specific phrases here

Ronald A. (Tony)          Confidential HR Letter re: Romar Supply / Marc Cleere          January 13, 2026

in writing, but they were clearly inappropriate in a workplace, especially coming from the president.

These comments put both Romar and Winsupply at risk if they are ever formally reported or corroborated by others.

## 3. Yelling, escalation, and physical intimidation

- Mt. Cleere has repeatedly screamed at me in front of others – including Victoria – accusing me of "not trusting anybody," "not trusting him," and "thinking [I] can do anything [I] want." In at least one incident, his yelling was loud enough that everyone in the office could hear. I did not raise my voice in response; I simply denied what he was saying and tried to stay calm.

- On another occasion, in front of several people, Mr. Cleere walked directly into my personal space in a confrontational way, challenging me physically ("do you think you can take me, come on!").

- Most recently, after I returned to the branch at his request to help sort out an equipment/material issue on an order that had been written before our "Victoria will be the order-writer going forward" meeting, Mr. Cleere raised his voice in the warehouse, said I "think [I] can do anything [I] want," and that I can "go home anytime [I] want," then screamed at me to "get out of here." I told him I was not going to continue the discussion while he was yelling and that we could talk when things were more professional. Based on his direction to "get out of here," I left for the rest of the afternoon and confirmed the facts in a written email to him.

This is not one isolated flare-up. It is a pattern of escalation and public humiliation that other employees see and hear.

3

Ronald A. (Tony)          Confidential HR Letter re: Romar Supply / Marc Cleere          January 13, 2026

## 4. Payroll / commission-cycle irregularities

- My compensation structure, per Mr. Cleere's written offer, includes a salary split across two regular paychecks per month plus a separate "commission cycle" payment that is not true commission but an integral part of my guaranteed salary.

- On the most recent commission cycle, the e-stub eventually appeared, but the funds were not deposited on the scheduled time. I discovered the issue only when the money was not in my account. There was no proactive communication from Mr. Cleere or anyone else. After I raised the issue and contacted corporate, the funds posted later. Maria separately told me her true commission check was also delayed and that this same thing happened around this time last year.

I am not raising a formal wage claim here; I am pointing out that delays and non-transparent handling of payroll, combined with everything else, are another indicator of poor leadership and unnecessary risk.

## 5. Impact on key customers and Romar's reputation

My role is to drive PP-RCT and engineered piping business, and I have successfully opened and grown accounts such as 5F/SpaceX, Brandt (large data-center work), and others. Those relationships are now being put at risk by Mr. Cleere's behavior.

Examples:

- Brandt: As noted above, the high-level Brandt contact told me directly that "Marc's behavior at a previous lunch was embarrassing" and that for real questions, they bypass Marc and call me. That is not how a branch president should be perceived.

- 5F/SpaceX: At a recent lunch with 5F/SpaceX, Mr. Cleere sarcastically told their senior project manager that they had "only spent $200,000" with us and asked when they were

4

going to start spending money and sending POs. The PM looked taken aback and replied, "That is not true – I just approved $350,000 in invoices last week." This kind of inaccurate, sarcastic comment to a senior project manager on a major account is not only unprofessional but also undermines the credibility we have worked hard to build.

- On top of these specific incidents, the day-to-day office environment is loud and chaotic: multiple music sources playing (including Mr. Cleere's very loud Elvis ringtone and music in his office), a warehouse boombox, and frequent loud talking and yelling. I often have to leave my desk and go outside to conduct calls so that customers cannot hear the noise and so I can think clearly.

- Several employees have commented independently that there are no written policies or procedures and that they feel they are constantly reacting to Mr. Cleere's daily mood rather than following a clear process.

Taken together, this is not a "tough management style." It is disruptive, embarrassing to customers, and directly harmful to Romar's and Winsupply's image in the market.

## 6. My position and request

I want to be clear about my own posture:

- I work hard, including early mornings, evenings, and weekends when needed. Past employers can attest that my issue has never been lack of work ethic; if anything, the concern has been that I work too much.

- I am not looking to start a lawsuit. I am not copying lawyers, and I have not threatened litigation with anyone at Romar or Winsupply.

5

- I am, however, unwilling to let my name and reputation in the PP-RCT/data-center space be permanently tied to a branch environment that is this volatile, unprofessional, and risky.

What I am asking from you is:

1. Awareness and review. Please treat this as a confidential escalation, review the situation, and, if appropriate, speak with people who have witnessed some of these events (e.g., the young female employee who described the Lifesaver comment as "disgusting," the Black driver, Maria, John, and our Brandt and 5F/SpaceX contacts).

2. Guidance on path forward. I would like to continue to help Winsupply grow PP-RCT – whether at Romar under corrected leadership and clear expectations, or in another role within the Winsupply family where my skills can be used without this kind of environment. If, after reviewing this, you conclude there is no viable path that protects both the company and my reputation, please let me know, and I will work with you on a quiet, orderly transition out of Romar so there is no disruption to customers.

I am not asking you to take my word alone. I am asking you to look at the pattern, talk to the people who have seen it, and decide what you believe is best for Winsupply and for the customers we serve.

I am currently on pre-approved PTO through Monday, January 12. Mr. Cleere has scheduled a one-on-one meeting with me at 4:00 p.m. on Tuesday, January 13, the subject of which he has not identified, and I wanted you to be aware of that timing in light of the concerns described above. Given his recent and escalating volatile behavior, I do not believe it is appropriate, from a professional and workplace-safety standpoint, for me to meet with him in person until these issues have been reviewed and you have provided direction. Accordingly, I will not attend the

January 13 meeting unless you instruct me otherwise, and I respectfully request that you notify Mr. Cleere that the meeting is cancelled and that any necessary communication with me be routed through you (or HR) rather than unscheduled one-on-one meetings. In the interim, I will continue to support our customers remotely and coordinate any quoting/ordering needs through Maria and the inside team. Thank you for your attention to this matter; I am available to discuss by phone or video at your convenience.

Sincerely,


/s/Ronald A. Blair
Ronald A. (Tony) Blair
PP-RCT Marketing Development
717-808-4671
rablair@winsupply.com