

# U.S. District Court

## Texas Western - Austin

Receipt Date: May 8, 2026 10:07AM

Ronald A. Blair
2725 Woodall Drive, Unit 1804
Cedar Park, TX 78613

Rcpt. No: 3403                 Trans. Date: May 8, 2026 10:07AM                 Cashier ID: #LE (7071)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| MO | Money Order | #28968970601 | 05/8/2026 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |

**Comments**: 1:26-cv-01216 Blair v. Winsupply NE San Antonio TX Co. et al

Clerk, U.S. District Court - Austin Division - 501 West Fifth Street, Suite 1100, Austin, TX 78701 - (512) 916-5896 - www.txwd.uscourts.gov