**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **RONALD A. BLAIR** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **VS.** | § | **Case No: 1:26-cv-01216 RP** |
| | § | |
| **WINSUPPLY NE SAN ANTONIO TX CO.; WINSUPPLY INC.; AND MARC CLEERE, INDIVIDUALLY.** | § § § | |
| | § | |
| *Defendants.* | | |

**DEFENDANTS WINSUPPLY NE SAN ANTONIO TX CO. AND WINSUPPLY INC.'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendants Winsupply NE Antonio Tx Co. and Winsupply Inc., in accordance with Rule 7.1 of the Federal Rules of Civil Procedure, states:

1. Winsupply NE San Antonio Tx Co. is not owned by a parent corporation and no publicly held corporation owns ten percent (10%) or more of Winsupply NE San Antonio Tx Co.'s stock.

2. Winsupply Inc. is not owned by a parent corporation and no publicly held corporation owns ten percent (10%) or more of Winsupply Inc.'s stock.

Respectfully submitted,

By: */s/ Richard G. Garza*
Richard G. Garza
State Bar No. 07737200
rgarza@jw.com
Dyana K. Mardon
State Bar No. 24128289
dmardon@jw.com

JACKSON WALKER L.L.P.
1900 Broadway, Suite 1200
San Antonio, TX 78215
(210) 978-7700
(210) 242-4606 – Fax

**ATTORNEYS FOR DEFENDANTS,
WINSUPPLY NE SAN ANTONIO TX CO.;
WINSUPPLY INC.; AND MARC CLEERE,
INDIVIDUALLY**

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the above and foregoing document has been filed and served on June 8, 2026, using the CM/ECF system which will send notification of such filing to the following:

*/s/ Richard G. Garza*
Richard G. Garza