# EXHIBIT D

## Correspondence Concerning Discovery Conference and Timing

Gmail

**Ronald <r.anthony.blair@gmail.com>**

## Scheduling Order and Proposed Discovery Discussion

1 message

**Garza, Rick** <rgarza@jw.com> Mon, Aug 17, 2026 at 4:14 PM
To: Ronald <r.anthony.blair@gmail.com>
Cc: "Mardon, Dyana" <dmardon@jw.com>

Mr. Blair.

I apologize for sending the wrong version. I saved your last version and the attached is the version I will ask my assistant to file. If you want me to wait to file it until you can do a comparison, let me know. Otherwise, we will file it tomorrow.

As for discussion regarding discovery issues, I would prefer to discuss them on September 1 at 10:00 a.m. That will give me time to consult with my clients so you and I (on behalf of my clients) can enter into a Rule 11 agreement regarding the discovery issues. I don't have enough time before Wednesday to have this discussion since I have depositions in another case later this week. I'm sure you understand the difficulties of coordinating schedules of multiple participants. I appreciate your consideration.

Let me know if September 1 at 10:00 a.m. works for your schedule. If not, let me know of alternative dates in early September.

Thank you.

**Rick Garza** | Partner
1900 Broadway, Suite 1200
San Antonio, TX 78215
V: (210) 978-7734 | F: (210) 242-4606 | C: (210) 313-3692 | rgarza@jw.com

Board Certified - Labor and Employment Law

Texas Board of Legal Specialization

The information contained in this e-mail and any attachment is confidential and intended only for the use of the individual or entity to whom it is addressed. This information may constitute information that is confidential and privileged as an attorney-client communication or as the attorney work product. If the reader of this e-mail is not the intended recipient, you are hereby notified that any distribution, copying, or use of this communication, electronic or otherwise, is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or by reply to the sender via e-mail to rgarza@jw.com, and please delete this e-mail and any attachments from your in box, recycle bin, and any other directory, file or electronic storage. Thank you for your cooperation.

**From:** Ronald <r.anthony.blair@gmail.com>
**Sent:** Monday, August 17, 2026 3:53 PM
**To:** Garza, Rick <rgarza@jw.com>
**Subject:** Re: Proposed Discovery Discussion

**Caution:** **External Email.

Mr. Garza,

Thank you for sending the proposed scheduling order. I reviewed the proposed dates and remain agreeable to the schedule, subject to the two edits reflected in the attached version:

1. **Paragraph 3:** I changed the July 6, 2026 deadline to September 15, 2026. I previously filed my Notice Concerning Reference to United States Magistrate Judge on June 25, 2026, so no further action is required from me concerning that notice. The revised date provides a prospective deadline for any party that has not yet filed its notice.
2. **Paragraph 4:** I changed the deadline for motions to amend or supplement pleadings or join additional parties from October 30, 2026 to December 15, 2026. Given the discovery presently underway and the outstanding discovery matters the parties will be addressing, I believe the additional time is appropriate while still leaving substantial time before the March 15, 2027 discovery deadline.

I am agreeable to the remaining dates and provisions as reflected in the attached proposed order.

If these two revisions are acceptable to Defendants, I am agreeable to finalizing the proposed scheduling order before Wednesday. I remain available for our Wednesday call if you would like to use that time to address the September 15 ADR report or any other scheduling matters.

Thank you,

Ronald A. Blair
Plaintiff, Pro Se

On Mon, Aug 17, 2026 at 2:58 PM Garza, Rick <rgarza@jw.com> wrote:

> Okay. No problem.
>
> Thank you.
>
> **Rick Garza** | Partner
> 1900 Broadway, Suite 1200
> San Antonio, TX 78215
> V: (210) 978-7734 | F: (210) 242-4606 | C: (210) 313-3692 | rgarza@jw.com
>
> Board Certified - Labor and Employment Law
>
> Texas Board of Legal Specialization
>
> The information contained in this e-mail and any attachment is confidential and intended only for the use of the individual or entity to whom it is addressed. This information may constitute information that is confidential and privileged as an attorney-client communication or as the attorney work product. If the reader of this e-mail is not the intended recipient, you are hereby notified

that any distribution, copying, or use of this communication, electronic or otherwise, is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or by reply to the sender via e-mail to rgarza@jw.com, and please delete this e-mail and any attachments from your in box, recycle bin, and any other directory, file or electronic storage. Thank you for your cooperation.

---

**From:** Ronald <r.anthony.blair@gmail.com>
**Sent:** Monday, August 17, 2026 2:58 PM
**To:** Garza, Rick <rgarza@jw.com>
**Subject:** Re: Proposed Discovery Discussion

**Caution:** **External Email.

Mr. Garza,

I currently do not have good cell service. Give me about 30 minutes and I will respond.

Thank you,

Ronald A. Blair

Pro Se Plaintiff

On Mon, Aug 17, 2026 at 2:30 PM Garza, Rick <rgarza@jw.com> wrote:

> Following up. Mr. Blair are you still okay with the dated in the proposed scheduling order?
>
> **Rick Garza** | Partner
> 1900 Broadway, Suite 1200
> San Antonio, TX 78215
> V: (210) 978-7734 | F: (210) 242-4606 | C: (210) 313-3692 | rgarza@jw.com
>
> Board Certified - Labor and Employment Law
>
> Texas Board of Legal Specialization
>
> The information contained in this e-mail and any attachment is confidential and intended only for the use of the individual or entity to whom it is addressed. This information may constitute information that is confidential and privileged as an attorney-client communication or as the attorney work product. If the reader of this e-mail is not the intended recipient, you are hereby notified that any distribution, copying, or use of this communication, electronic or otherwise, is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or by reply to the sender via e-mail to rgarza@jw.com, and please delete this e-mail and any attachments from your in box, recycle bin, and any other directory, file or electronic storage. Thank you for your cooperation.

---

**From:** Garza, Rick
**Sent:** Monday, August 17, 2026 9:20 AM
**To:** 'Ronald' <r.anthony.blair@gmail.com>
**Cc:** Mardon, Dyana <dmardon@jw.com>
**Subject:** RE: Proposed Discovery Discussion

I just now realized that we have already exchanged a proposed scheduling order. Attached is the last version accepting your change. Are you still okay with these deadlines?

**Rick Garza** | Partner
1900 Broadway, Suite 1200
San Antonio, TX 78215
V: (210) 978-7734 | F: (210) 242-4606 | C: (210) 313-3692 | rgarza@jw.com

Board Certified - Labor and Employment Law

Texas Board of Legal Specialization

The information contained in this e-mail and any attachment is confidential and intended only for the use of the individual or entity to whom it is addressed. This information may constitute information that is confidential and privileged as an attorney-client communication or as the attorney work product. If the reader of this e-mail is not the intended recipient, you are hereby notified that any distribution, copying, or use of this communication, electronic or otherwise, is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or by reply to the sender via e-mail to rgarza@jw.com, and please delete this e-mail and any attachments from your in box, recycle bin, and any other directory, file or electronic storage. Thank you for your cooperation.

---

**From:** Garza, Rick
**Sent:** Monday, August 17, 2026 9:12 AM
**To:** 'Ronald' <r.anthony.blair@gmail.com>
**Cc:** Mardon, Dyana <dmardon@jw.com>
**Subject:** RE: Proposed Discovery Discussion

How about we discuss the scheduling order on Wednesday and the discovery issues in your letter on September 1 at 10:00 a.m.

If that is okay with you, I will send calendar invitations. I think we need to allot 2 hours for the discussion regarding your August 8 and August 11 letters so we have ample time. Do you agree?

**Rick Garza** | Partner
1900 Broadway, Suite 1200
San Antonio, TX 78215
V: (210) 978-7734 | F: (210) 242-4606 | C: (210) 313-3692 | rgarza@jw.com

Board Certified - Labor and Employment Law

Texas Board of Legal Specialization

The information contained in this e-mail and any attachment is confidential and intended only for the use of the individual or entity to whom it is addressed. This information may constitute information that is confidential and privileged as an attorney-client communication or as the attorney work product. If the reader of this e-mail is not the intended recipient, you are hereby notified that any distribution, copying, or use of this communication, electronic or otherwise, is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or by reply to the sender via e-mail to rgarza@jw.com, and please delete this e-mail and any attachments from your in box, recycle bin, and any other directory, file or electronic storage. Thank you for your cooperation.

---

**From:** Ronald <r.anthony.blair@gmail.com>
**Sent:** Monday, August 17, 2026 9:02 AM
**To:** Garza, Rick <rgarza@jw.com>
**Cc:** Mardon, Dyana <dmardon@jw.com>
**Subject:** Re: Proposed Discovery Discussion

**Caution:** **External Email.

Mr. Garza,

Wednesday at 10:00 a.m. works. Please call me on my cell at 717-808-4671.

September 1 also works for a conference concerning any issues raised in my August 8 and August 11 deficiency correspondence that remain unresolved following Defendants' responses. Please let me know what time works for you and Ms. Mardon.

Thank you,

Ronald A. Blair
Plaintiff, Pro Se

On Mon, Aug 17, 2026 at 7:51 AM Garza, Rick <rgarza@jw.com> wrote:

> Wednesday at 10:00 a.m. is fine. What number is best to call you at that time?
>
> **Rick Garza** | Partner
> 1900 Broadway, Suite 1200
> San Antonio, TX 78215
> V: (210) 978-7734 | F: (210) 242-4606 | C: (210) 313-3692 | rgarza@jw.com
>
> Board Certified - Labor and Employment Law
>
> Texas Board of Legal Specialization

The information contained in this e-mail and any attachment is confidential and intended only for the use of the individual or entity to whom it is addressed. This information may constitute information that is confidential and privileged as an attorney-client communication or as the attorney work product. If the reader of this e-mail is not the intended recipient, you are hereby notified that any distribution, copying, or use of this communication, electronic or otherwise, is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or by reply to the sender via e-mail to rgarza@jw.com, and please delete this e-mail and any attachments from your in box, recycle bin, and any other directory, file or electronic storage. Thank you for your cooperation.

---

**From:** Ronald <r.anthony.blair@gmail.com>
**Sent:** Monday, August 17, 2026 8:49 AM
**To:** Garza, Rick <rgarza@jw.com>
**Cc:** Mardon, Dyana <dmardon@jw.com>
**Subject:** Re: Proposed Discovery Discussion

**Caution:** **External Email.

Mr. Garza,

I can make myself available Wednesday at 10:00 a.m. Please let me know if that time works for you and Ms. Mardon.

Thank you,

Ronald A. Blair
Plaintiff, Pro Se

On Mon, Aug 17, 2026 at 7:42 AM Garza, Rick <rgarza@jw.com> wrote:

> We are not available tomorrow. Why don't we just schedule for September 1 at 10:00 AM?
>
> **Rick Garza** | Partner
> 1900 Broadway, Suite 1200
> San Antonio, TX 78215
> V: (210) 978-7734 | F: (210) 242-4606 | C: (210) 313-3692 | rgarza@jw.com
>
> Board Certified - Labor and Employment Law
>
> Texas Board of Legal Specialization
>
> The information contained in this e-mail and any attachment is confidential and intended only for the use of the individual or entity to whom it is addressed. This information may constitute information that is confidential and privileged as an attorney-client communication or as the attorney work product. If the reader of this e-mail is not the intended recipient, you are hereby notified that any distribution, copying, or use of this communication, electronic or otherwise, is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or by reply to the

sender via e-mail to rgarza@jw.com, and please delete this e-mail and any attachments from your in box, recycle bin, and any other directory, file or electronic storage. Thank you for your cooperation.

---

**From:** Ronald <r.anthony.blair@gmail.com>
**Sent:** Monday, August 17, 2026 8:40 AM
**To:** Garza, Rick <rgarza@jw.com>
**Cc:** Mardon, Dyana <dmardon@jw.com>
**Subject:** Re: Proposed Discovery Discussion

**Caution:** **External Email.

Mr. Garza,

Thank you. I will be traveling on Wednesday and will not be in a good position to participate in a substantive conference that day.

I am available tomorrow, Tuesday, August 18, if that works for you and Ms. Mardon. Please let me know a convenient time, and I will make myself available.

Thank you,

Ronald A. Blair
Plaintiff, Pro Se

On Mon, Aug 17, 2026 at 7:03 AM Garza, Rick <rgarza@jw.com> wrote:

> Good morning, Mr. Blair.
>
> Are you available Wednesday to discuss outstanding discovery issues and the proposed scheduling order? For planning purposes, I will be out of town beginning August 24 and will return to the office September 1. If you are not available Wednesday, we can schedule a call for September 1 or 2.
>
> Let me know if you are available.
>
> Thank you.
>
> **Rick Garza** | Partner
> 1900 Broadway, Suite 1200
> San Antonio, TX 78215
> V: (210) 978-7734 | F: (210) 242-4606 | C: (210) 313-3692 | rgarza@jw.com
>
> Board Certified - Labor and Employment Law

Texas Board of Legal Specialization

The information contained in this e-mail and any attachment is confidential and intended only for the use of the individual or entity to whom it is addressed. This information may constitute information that is confidential and privileged as an attorney-client communication or as the attorney work product. If the reader of this e-mail is not the intended recipient, you are hereby notified that any distribution, copying, or use of this communication, electronic or otherwise, is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or by reply to the sender via e-mail to rgarza@jw.com, and please delete this e-mail and any attachments from your in box, recycle bin, and any other directory, file or electronic storage. Thank you for your cooperation.

---

**From:** Ronald <r.anthony.blair@gmail.com>
**Sent:** Friday, August 14, 2026 6:39 PM
**To:** Garza, Rick <rgarza@jw.com>; Mardon, Dyana <dmardon@jw.com>
**Subject:** Follow-Up Regarding Rule 26(a)(1)(A)(iv) Insurance Disclosure — Dkt. 21

**Caution:** **External Email.

Mr. Garza,

Thank you for your correspondence and supplemental insurance production this morning.

I also received the Court's Order entered this afternoon regarding the insurance disclosures. I appreciate your attention to the matter and will await any further supplementation in accordance with the Court's Order.

For clarity, I continue to need the complete insurance disclosure required by Rule 26(a)(1)(A)(iv) so that I can independently evaluate the insurance potentially available to satisfy a judgment and appropriately assess the case for settlement. Accordingly, my receipt of this morning's supplemental production should not be understood as indicating that I consider the insurance disclosure complete.

Thank you for your attention to this matter.

Ronald A. Blair
Plaintiff, Pro Se

---

**55496314_4_Agreed Scheduling Order.docx**
30K

Gmail

**Ronald <r.anthony.blair@gmail.com>**

---

## RE: Blair v. Winsupply Discovery Discussion

1 message

---

**Garza, Rick** <rgarza@jw.com> Tue, Aug 18, 2026 at 8:51 AM
To: Ronald <r.anthony.blair@gmail.com>, "Mardon, Dyana" <dmardon@jw.com>

We are on the same page. You will receive the full policy later today. My paralegal needs to work through her to-do list and bates label the documents.

Rick Garza | Partner
1900 Broadway, Suite 1200
San Antonio, TX 78215
V: (210) 978-7734 | F: (210) 242-4606 | C: (210) 313-3692 | rgarza@jw.com

Board Certified - Labor and Employment Law

Texas Board of Legal Specialization

The information contained in this e-mail and any attachment is confidential and intended only for the use of the individual or entity to whom it is addressed. This information may constitute information that is confidential and privileged as an attorney-client communication or as the attorney work product. If the reader of this e-mail is not the intended recipient, you are hereby notified that any distribution, copying, or use of this communication, electronic or otherwise, is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or by reply to the sender via e-mail to rgarza@jw.com, and please delete this e-mail and any attachments from your in box, recycle bin, and any other directory, file or electronic storage. Thank you for your cooperation.

---

**From:** Ronald <r.anthony.blair@gmail.com>
**Sent:** Tuesday, August 18, 2026 8:48 AM
**To:** Garza, Rick <rgarza@jw.com>; Mardon, Dyana <dmardon@jw.com>
**Subject:** Re: Blair v. Winsupply Discovery Discussion

**Caution:** **External Email.

Good Morning Mr. Garza,

For clarity regarding our September 1 conference, my agreement to that conference does not modify or withdraw my August 8 or August 11 discovery correspondence, including the supplementation and clarification requested therein. As stated previously, I will discuss on September 1 any issues raised in those letters that remain unresolved following Defendants' responses.

Separately, I do not understand the September 1 conference to modify or defer Defendants' obligations under the Court's August 14, 2026 Order concerning the Rule 26(a)(1)(A)(iv) insurance disclosure, including the Court's direction that Defendants comply “as soon as practicable.”

I look forward to working through any remaining discovery issues with you on September 1.

Thank you,
Ronald A. Blair
Plaintiff, Pro Se

On Mon, Aug 17, 2026 at 5:11 PM Garza, Rick <rgarza@jw.com> wrote:

> Thank you for bringing this to my attention. Update sent.
>
> **Rick Garza** | Partner
> 1900 Broadway, Suite 1200
> San Antonio, TX 78215
> V: (210) 978-7734 | F: (210) 242-4606 | C: (210) 313-3692 | rgarza@jw.com
>
> Board Certified - Labor and Employment Law
>
> Texas Board of Legal Specialization
>
> The information contained in this e-mail and any attachment is confidential and intended only for the use of the individual or entity to whom it is addressed. This information may constitute information that is confidential and privileged as an attorney-client communication or as the attorney work product. If the reader of this e-mail is not the intended recipient, you are hereby notified that any distribution, copying, or use of this communication, electronic or otherwise, is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or by reply to the sender via e-mail to rgarza@jw.com, and please delete this e-mail and any attachments from your in box, recycle bin, and any other directory, file or electronic storage. Thank you for your cooperation.
>
> ---
>
> **From:** Ronald <r.anthony.blair@gmail.com>
> **Sent:** Monday, August 17, 2026 5:09 PM
> **To:** Garza, Rick <rgarza@jw.com>
> **Subject:** Re: Blair v. Winsupply Discovery Discussion
>
> **Caution:** **External Email.
>
> Mr. Garza,
>
> Thank you for the invitation. I noticed that the calendar invitation is scheduled from 10:00 to 10:30 a.m. My understanding from your earlier email was that we would allot two hours for the September 1 discovery conference concerning my August 8 and August 11 correspondence.
>
> Please confirm whether the 30-minute calendar block was inadvertent.
>
> Thank you,

Gmail - RE: Blair v. Winsupply Discovery Discussion

Ronald A. Blair

On Mon, Aug 17, 2026 at 5:02 PM Garza, Rick <rgarza@jw.com> wrote:

---

## Microsoft Teams meeting

**Join:** https://teams.microsoft.com/meet/21988754124264?p=wl8CLlljs3H48CHWbn

Meeting ID: 219 887 541 242 64

Passcode: jc3ab64K

---

Need help? | System reference

**Dial in by phone**

+1 469-249-2576,,891936061# United States, Dallas

Find a local number

Phone conference ID: 891 936 061#

For organizers: Meeting options | Reset dial-in PIN

---

Gmail

Ronald <r.anthony.blair@gmail.com>

# RE: Subject: Blair v. Winsupply — Status of August 8 and August 11 Discovery Matters

1 message

**Garza, Rick** <rgarza@jw.com> Fri, Aug 21, 2026 at 11:39 AM
To: Ronald <r.anthony.blair@gmail.com>
Cc: "Mardon, Dyana" <dmardon@jw.com>

We will get a list of items before our call.

Thank you.

**Rick Garza** | Partner
1900 Broadway, Suite 1200
San Antonio, TX 78215
V: (210) 978-7734 | F: (210) 242-4606 | C: (210) 313-3692 | rgarza@jw.com

Board Certified - Labor and Employment Law

Texas Board of Legal Specialization

The information contained in this e-mail and any attachment is confidential and intended only for the use of the individual or entity to whom it is addressed. This information may constitute information that is confidential and privileged as an attorney-client communication or as the attorney work product. If the reader of this e-mail is not the intended recipient, you are hereby notified that any distribution, copying, or use of this communication, electronic or otherwise, is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or by reply to the sender via e-mail to rgarza@jw.com, and please delete this e-mail and any attachments from your in box, recycle bin, and any other directory, file or electronic storage. Thank you for your cooperation.

---

**From:** Ronald <r.anthony.blair@gmail.com>
**Sent:** Friday, August 21, 2026 11:38 AM
**To:** Garza, Rick <rgarza@jw.com>
**Cc:** Mardon, Dyana <dmardon@jw.com>
**Subject:** Re: Subject: Blair v. Winsupply — Status of August 8 and August 11 Discovery Matters

**Caution:** **External Email.

Mr. Garza,

Thank you for the clarification.

To help make our September 1 conference as productive as possible, if there are particular items in my August 8 or August 11 correspondence for which Defendants need clarification concerning the supplementation, clarification, or production being requested, please identify those items and what requires clarification. I will review them in advance so that I am prepared to address your questions during our conference.

Thank you,

Ronald A. Blair
Plaintiff, Pro Se

On Fri, Aug 21, 2026 at 10:49 AM Garza, Rick <rgarza@jw.com> wrote:

> Mr. Blair.
>
> My intention is to discuss the items in your letters to fully understand the requests in your letters so we are on the same page as to what clarifications, supplementation, and production is sought in your letters. With a better understanding of your requests in the letters, we can provide you with additional information in response to discovery in a reasonable time frame after our discussion. As mentioned in one of my previous emails, I will be out of town next week, so I will not be available to work on supplementation to the discovery and a full response to your letters until after I return.
>
> Also, we are in the process of conducting a review of documents through a third party vendor due to the size of the information we are reviewing to ensure we have done a thorough review. This will take some time and additional responsive documents will be produced on an ongoing basis.
>
> As you know, discovery is an ongoing process and we will supplement responses and documents as additional information and documentation is found/discovered. Discovery ends in March 2027, so we have sufficient time to resolve any discovery issues and complete discovery.
>
> Your reference to Rule 29 applies to situations where the parties want to modify discovery procedure. This is not what we are doing. We are engaging in communications to resolve discovery issues, not modifying discovery procedure.
>
> I look forward to speaking with you on September 1 regarding your letters so we can efficiently exchange written discovery and proceed to the deposition phase of this litigation.
>
> Let me know if you have any questions.
>
> Thank you.
>
> **Rick Garza** | Partner
> 1900 Broadway, Suite 1200
> San Antonio, TX 78215
> V: (210) 978-7734 | F: (210) 242-4606 | C: (210) 313-3692 | rgarza@jw.com

Board Certified - Labor and Employment Law

Texas Board of Legal Specialization

The information contained in this e-mail and any attachment is confidential and intended only for the use of the individual or entity to whom it is addressed. This information may constitute information that is confidential and privileged as an attorney-client communication or as the attorney work product. If the reader of this e-mail is not the intended recipient, you are hereby notified that any distribution, copying, or use of this communication, electronic or otherwise, is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or by reply to the sender via e-mail to rgarza@jw.com, and please delete this e-mail and any attachments from your in box, recycle bin, and any other directory, file or electronic storage. Thank you for your cooperation.

---

**From:** Ronald <r.anthony.blair@gmail.com>
**Sent:** Friday, August 21, 2026 10:08 AM
**To:** Garza, Rick <rgarza@jw.com>; Mardon, Dyana <dmardon@jw.com>
**Subject:** Subject: Blair v. Winsupply — Status of August 8 and August 11 Discovery Matters

**Caution:** **External Email.

Mr. Garza,

I am writing to confirm the status of the discovery matters identified in my August 8 and August 11 correspondence.

My August 11 correspondence requested the identified supplementation, clarification, and production information by August 18, 2026, or prompt notice if Defendants proposed a different reasonable schedule. My August 8 correspondence requested the identified supplementation, clarification, production information, and privilege-log clarification by August 21, 2026, or prompt notice if Defendants proposed a different reasonable schedule.

As of the time of this email, I have not received supplementation, clarification, or production information addressing those matters, nor have Defendants proposed a different schedule for providing it. The parties have not entered into any Rule 29 stipulation or other agreement modifying either requested date.

As stated in my August 18 email, my agreement to the September 1 conference does not modify or withdraw my August 8 or August 11 correspondence or the supplementation and clarification requested therein. Likewise, my agreement to confer on September 1 does not establish a new supplementation or cure period beginning on that date.

I remain prepared to confer in good faith on September 1. My participation in that discussion should not be understood as advance agreement to any further extension or as agreement that a deficiency has been cured before the corresponding supplementation, search, or production has actually been completed and evaluated.

I look forward to your response.

Regards,

Ronald A. Blair
Plaintiff, Pro Se

Gmail

**Ronald <r.anthony.blair@gmail.com>**

---

## Request for Brief Discovery Conference

1 message

---

**Ronald** <r.anthony.blair@gmail.com> Sat, Aug 22, 2026 at 9:15 PM
To: "Garza, Rick" <rgarza@jw.com>, "Mardon, Dyana" <dmardon@jw.com>

Mr. Garza,

I am writing to request a brief conference concerning the relationship between the unresolved discovery matters identified in my August 8 deficiency letter and Defendants' discovery requests.

This request is not intended to replace or expand the September 1 conference concerning the underlying discovery issues. I would like to determine whether the parties can reach an agreement concerning the timing of the discovery obligations.

I am available at any mutually convenient time between now and 5:00 p.m. Monday, August 24, including this weekend if convenient. Please let me know whether you are available for a brief telephone or Teams conference during that period.

Thank you,

Ronald A. Blair
Plaintiff, Pro Se