**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| | § | |
| **RONALD A. BLAIR,** | § | |
| Plaintiff, | § | |
| | § | |
| **v.** | § | Civil Action No. 1:26-cv-01216-RP |
| | § | |
| **WINSUPPLY NE SAN ANTONIO TX CO.;** | § | |
| | § | |
| **WINSUPPLY INC.;** and | § | |
| **MARC CLEERE, Individually,** | § | |
| Defendants**.** | § | |

**ORDER**

Before the Court is Plaintiff Ronald A. Blair's Expedited Motion for Limited Protective and Sequencing Relief Under Rule 26. Having considered the Motion, the record, and the applicable law, the Court finds that limited sequencing of the discovery identified below is appropriate under Federal Rules of Civil Procedure 26(c) and 26(d)(3).

Accordingly, **IT IS ORDERED** that Plaintiff's Motion is **GRANTED** as follows:

1. Plaintiff's obligation to respond to the following discovery is temporarily deferred:

    a. Marc Cleere Interrogatory No. 15 and Requests for Production Nos. 2–4;

    b. Winsupply Inc. Interrogatories Nos. 7–8 and Request for Production No. 6;

    c. Winsupply NE San Antonio TX Co. Request for Production No. 31, only to the extent it seeks Plaintiff's communications with Michael Harris concerning statements allegedly made by Defendants about Plaintiff, his termination, or litigation history; and

    d. Winsupply Inc. Request for Production No. 26, only to the extent it seeks Plaintiff's communications with Michael Harris concerning alleged statements by, or attributed to, Winsupply Inc.

2. Plaintiff's September 4, 2026 deadline remains unchanged for all portions of Defendants' discovery requests not expressly deferred by this Order.

3. Plaintiff shall respond to the discovery temporarily deferred by Paragraph 1 within fourteen (14) days after the corresponding earlier discovery issue identified in Plaintiff's

Motion is resolved by agreement, by supplementation or clarification that resolves the identified issue, or by Court order.

4. Nothing in this Order adjudicates the sufficiency of Defendants' existing discovery responses, requires disclosure of privileged material or work product, or precludes either party from seeking appropriate relief under the Federal Rules of Civil Procedure concerning any discovery dispute that remains unresolved.

SIGNED on ______________________, 2026.

_____________________________________
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE