**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| | § | |
| **RONALD A. BLAIR,** | § | |
| Plaintiff, | § | |
| | § | |
| **v.** | § | Civil Action No. 1:26-cv-01216-RP |
| | § | |
| **WINSUPPLY NE SAN ANTONIO TX CO.;** | § | |
| **WINSUPPLY INC.;** and | § | |
| **MARC CLEERE, Individually,** | § | |
| Defendants**.** | § | |

**PLAINTIFF'S NOTICE REGARDING POST-FILING CONFERENCE**

Plaintiff Ronald A. Blair respectfully provides this Notice regarding Plaintiff's Expedited Motion for Limited Protective and Sequencing Relief (Dkt. 25).

1. After filing the Motion on August 24, 2026, Plaintiff and counsel for Defendants conferred on August 25, 2026, regarding the limited sequencing relief requested in the Motion.
2. Following the conference, the parties exchanged proposed terms in an effort to resolve the sequencing issue without Court intervention.
3. The parties did not reach an agreement. Accordingly, as of August 28, 2026, the limited sequencing issue presented in Dkt. 25 remains unresolved.

Plaintiff files this Notice solely to advise the Court of the post-filing conference and its status. Plaintiff seeks no additional relief beyond that requested in Dkt. 25.

August 28, 2026

Respectfully submitted,

/s/ Ronald A. Blair

Ronald A. Blair
2725 Woodall Drive, Unit 1804
Cedar Park, TX 78613
717-808-4671
r.anthony.blair@gmail.com

Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I certify that on August 28, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

/s/ Ronald A. Blair
Ronald A. Blair
Plaintiff, Pro Se