# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **Ronald A. Blair,**<br>***Plaintiff***<br><br>**v.**<br><br>**Winsupply NE San Antonio TX Co.; Winsupply Inc.; and Marc Cleere,**<br>***Defendants*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 1:26-cv-01216-RP** |

## ORDER RESETTING INITIAL PRETRIAL CONFERENCE

The Court hereby **RESETS** the initial pretrial conference initially scheduled for 10 a.m. on September 14, 2026 (Dkt. 24) and **ORDERS** the parties, or counsel acting on their behalf, to appear for an initial pretrial conference and motion hearing **by telephone** on **September 14, 2026 at 10:30 a.m**.

The Court will set a trial date during the conference and hear arguments on Plaintiff's Expedited Motion for Limited Protective and Sequencing Relief Under Rule 26 (Dkt. 25). The parties are directed to use the following dial-in information:

**Please call in 5 minutes before the hearing starts.**

1. Toll free number: (855) 244-8681
2. Access code: 2307 492 0535#

Use of speaker phones is prohibited during a telephonic appearance, and use of mobile phones is discouraged due to poor audio quality. Because earlier hearings in other cases may be in progress when attorneys call in, they should mute their phones and wait for the Courtroom Deputy to call this case before they speak.

If there are questions regarding the telephonic appearance, the parties should contact courtroom deputy Kyra Kelley at Kyra _Kelley@txwd.uscourts.gov.

**SIGNED** on September 2, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE