**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **RONALD A. BLAIR** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **VS.** | § | **Case No: 1:26-cv-01216-RP** |
| | § | |
| **WINSUPPLY NE SAN ANTONIO TX CO.; WINSUPPLY INC.; AND MARC CLEERE, INDIVIDUALLY.** | § | |
| | § | |
| | § | |
| | § | |
| *Defendants.* | | |

**DEFENDANTS' NOTICE CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, Winsupply NE San Antonio Tx Co., Winsupply Inc., and Marc Cleere through counsel Richard G. Garza and Dyana K. Mardon:

___ consents to having a United States Magistrate Judge preside over the trial in this case.

_x_ decline to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

By: */s/ Richard G. Garza*

Richard G. Garza
State Bar No. 07737200
rgarza@jw.com
Dyana K. Mardon
State Bar No. 24128289
dmardon@jw.com
JACKSON WALKER L.L.P.
1900 Broadway, Suite 1200
San Antonio, TX 78215
(210) 978-7700
(210) 242-4606 – Fax

**ATTORNEYS FOR DEFENDANTS, WINSUPPLY NE SAN ANTONIO TX CO.; WINSUPPLY INC.; AND MARC CLEERE, INDIVIDUALLY**

## CERTIFICATE OF SERVICE

I certify that on September 15, 2026, I electronically filed the foregoing document(s) and a true and correct copy of the foregoing document(s) was served electronically, via ECF, on Plaintiff using the ECF system.

*/s/ Richard G. Garza*
Richard G. Garza