IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RONALD A. BLAIR, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-01216-RP |
| WINSUPPLY NE SAN ANTONIO TX CO.; WINSUPPLY INC.; and MARC CLEERE, Individually, | § | |
| | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

**<u>ORDER GRANTING NONPARTY 5-F MECHANICAL GROUP, INC.'S MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER</u>**

Before the Court is Nonparty 5-F Mechanical Group, Inc.'s Motion to Quash Subpoena and for Protective Order (the "Motion"), concerning the Subpoena to Produce Documents, Information, or Objects issued by Plaintiff Ronald A. Blair on October 14, 2026, directed to 5-F Mechanical Group, Inc. ("5-F"), and served on 5-F on October 22, 2026 (the "Subpoena"). Having considered the Motion, any response, the record, and the applicable law, the Court finds that the Motion should be and hereby is GRANTED.

The Court finds that the Subpoena subjects 5-F, a nonparty, to undue burden and expense and fails to allow a reasonable time to comply under Federal Rule of Civil Procedure 45(d)(1) and (d)(3)(A)(i), (iv), seeks information obtainable from a more convenient, less burdensome, or less expensive source or outside the scope of Rule 26(b)(1), contrary to Rule 26(b)(2)(C), and risks disclosure of confidential commercial information under Rule 45(d)(3)(B)(i). The Court further finds that the

burden, expense, confidentiality risks, and privacy concerns warrant a protective order under Rule 26(c), and that 5-F has no documents responsive to Requests 1 through 6.

It is therefore ORDERED that the Subpoena is QUASHED in its entirety, including Requests 1 through 6 of Schedule A.

It is further ORDERED that a protective order is ENTERED providing that 5-F need not respond to the Subpoena or to any subpoena seeking the same categories of information.

It is further ORDERED that all other relief not expressly granted herein is DENIED.

SIGNED on this ______ day of ____________________, 2026.

______________________________
UNITED STATES MAGISTRATE JUDGE