RECEIVED
NOV 18 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **RONALD A. BLAIR,**<br>Plaintiff, | § | |
| v. | § | Civil Action No. 1:26-cv-01216-RP |
| **WINSUPPLY NE SAN ANTONIO TX CO.;**<br>**WINSUPPLY INC.;** and<br>**MARC CLEERE, Individually,**<br>Defendants. | § | |

## IDENTIFYING PAPER FOR EXHIBIT B-1 — WILSON AUDIO RECORDING

Plaintiff submits Exhibit B-1 in support of his response opposing Dkt. 39. The response was filed November 12, 2026, at Dkt. 41.

Exhibit B-1 is the March 9, 2026 Kevin Wilson telephone recording. USB filename: B_Wilson_Original_Audio.WAV. Original filename: 3.9.26 - Kevin Wilson Phone Call.WAV.

File size: 16,290,304 bytes. Duration: 254.528 seconds. Format: WAV; 16,000 Hz; two channels; 16-bit samples.

SHA-256: a88e441aaca95bff0911a244985aa407d689bc11e8b554bb816ccfdd99cc1294

Related exhibits: B-2, transcript BLAIR000066–68; B-3, October 21 authentication declaration BLAIR000069–70. The recording controls any transcription difference.

On November 9, 2026, the court USB copy matched the source SHA-256 above. I confirmed that the court copy played. The intended recipient is the U.S. District Clerk, Austin Division. Delivery is pending. I am aware of no court order restricting access to Exhibit B-1.

Date:

November 12, 2026

Respectfully Submitted,

Ronald A. Blair
2725 Woodall Drive, Unit 1804
Cedar Park, TX 78613
717-808-4671
r.anthony.blair@gmail.com

Plaintiff, Pro Se

Ronald A. Blair
2725 Woodall Drive, Unit 1804
Cedar Park, TX 78613

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9589 0710 5270 4945 3799 90

**Retail**

UNITED STATES POSTAL SERVICE®

U.S. POSTAGE PAID
PM
CEDAR PARK, TX 78613
NOV 12, 2026

78701

**$21.70**

RDC 01 0 Lb 1.60 Oz S2324E503199-26

**U.S. District Clerk's Office**
Western District of Texas, Austin Division
501 West Fifth Street, Suite 1100
Austin, TX 78701

SCREENED BY CSO
NOV 18 2026

**PRIORITY ★ MAIL ★**

TRACKED ★ ★ ★ INSURED ★

UNITED STATES POSTAL SERVICE®

For Domestic and International Use

Label 107R, May 2014

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
US DISTRICT CLERK'S OFFICE
WDTX, AUSTIN DIVISION
501 WEST FIFTH ST., SUITE 1100
AUSTIN, TX 78701

9590 9402 0365 6240 8827 12

2. Article Number *(Transfer from service label)*
9589 0710 5270 4945 3799 90

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Mail Restricted Delivery
500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt